UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RACHEL AWOLOWO,                                                    :
                                                                  :
                         Plaintiff,                               :
                                                                  :          21 Civ. 10748 (JPC)
             -v-                                                   :
                                                                  :               ORDER
PRAXAIR  TECHNOLOGY  and  LINDE  GAS  & :
EQUIPMENT INC.,                                                   :
                                                                  :
                         Defendants.                              :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Defendants removed this action to this Court by filing a Notice of Removal on December 15, 2021.  Dkts. 1, 4.  Since that time, Plaintiff has not appeared.  On February 17, 2022, the Court scheduled a pretrial conference for March 3, 2022, and ordered service of said Order on Plaintiff's counsel.  Dkt. 6.  Plaintiff, however, failed to appear for the March 3 conference, even though Defendants' counsel represented to the Court that he had spoken with Plaintiff's counsel about that conference.  Plaintiff shall enter an appearance in this case by March 11, 2022.  If Plaintiff does not do so, the Court may dismiss this case for failure to prosecute.  Defendants shall serve this Order on Plaintiff within two days of its issuance, and shall file proof of service on the docket.

     SO ORDERED.

Dated: March 3, 2022
     New York, New York                   JOHN P. CRONAN
                                    United States District Judge