UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
           :
RACHEL AWOLOWO,          :
           :
         Plaintiff,       :
           :     21 Civ. 10748 (JPC)
   -v-          :
           :     <u>ORDER</u>
           :
PRAXAIR TECHNOLOGY INC. and LINDE GAS &  :
EQUIPMENT INC.,          :
           :
         Defendant.    :
           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 17, 2022, the Court scheduled an Initial Pretrial Conference ("IPTC") in this case for March 3, 2022. Dkt. 6. Plaintiff did not appear for the conference. Dkt. 7. Plaintiff's counsel have since made appearances in this case. Dkts. 9, 10. Counsel for all parties are ordered to appear before the undersigned for a conference on April 18, 2022 at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects addressed in the Court's February 17 Order scheduling the prior IPTC. *See* Dkt. 6. No later than seven days prior to the conference on April 18, 2022, the parties shall submit the joint letter and proposed case management plan required by that prior IPTC Order.

      SO ORDERED.

Dated: April 7, 2022
      New York, New York

                                      JOHN P. CRONAN
                                    United States District Judge